IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 08-CR-4551-JM |
| ) | |
| Plaintiff, ) | **ORDER GRANTING CONTINUANCE OF** |
| ) | **SENTENCING HEARING** |
| vs. ) | |
| ) | |
| CARLOS ERNESTO ESPINOZA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    For good cause shown, **IT IS SO ORDERED** that the sentencing date presently scheduled for July 31, 2009 at 9:00 a.m. be continued to Friday, ***September 18, 2009 at 9:00 a.m.***

**IT IS SO ORDERED.**

DATED: July 24, 2009

                                          _____
                                          Hon. Jeffrey T. Miller
                                          United States District Judge